### *Daniel L. Van Antwerp v. R. and J. Ingersoll.*

THIS was a question of costs, by consent submitted to the court. The facts were, that in an action in the common pleas on a bill penal for 60 dollars, to secure two instalments, the defendant pleaded *non est factum,* with notice of setting off a receipt, which was allowed as to one instalment, and left a balance under 25 dollars due to the plaintiff.

The point was, whether the plaintiff should pay costs to the defendant?

*Per Curiam.* The plaintiff must pay costs.* This was a plea under the act authorising set-offs. 1 *Rev. Laws,* 347. The statute is positive and peremptory that judgment must be for the balance only. The

* 1 *Rev. Laws,* 530.

penalty, therefore, is immaterial on this point, for the judgment is the test by which the costs are to be determined.